# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEGRANDI,<br><br>    Plaintiff<br><br>v.<br><br>HOBEYS CASINO,<br><br>    Defendants | Case No.: 3:24-cv-00313-ART-CSD<br><br>**Order** |

Plaintiff has filed a civil complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by an IFP application or the filing fee (for actions filed on or after December 1, 2023, the filing fee is $405 (the $350 filing fee and $55 administrative fee)).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $405 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

1    If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court

2   will recommend dismissal of this action without prejudice.

3   **IT IS SO ORDERED**.

4   Dated: July 18, 2024

5

6   Craig S. Denney
    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23