UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEGRANDI,<br><br>　　　Plaintiff<br><br>v.<br><br>HOBEYS CASINO,<br><br>　　　Defendant | Case No.: 3:24-cv-00313-ART-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

　　　This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

　　　Plaintiff filed this action, and on July 18, 2024, the court issued an order directing Plaintiff to file a completed application to proceed in forma pauperis (IFP) or pay the filing fee within 30 days. Plaintiff was cautioned that a failure to timely comply with the court's order would lead to a recommendation for dismissal of this action without prejudice.

　　　Plaintiff failed to file a completed IFP application or pay the filing fee; therefore, this action should be dismissed without prejudice.

### RECOMMENDATION

　　　IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

　　　The Plaintiff should be aware of the following:

　　　1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's

1 | Report and Recommendation" and should be accompanied by points and authorities for
2 | consideration by the district judge.
3 |     2. That this Report and Recommendation is not an appealable order and that any notice of
4 | appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed
5 | until entry of judgment by the district court.
6 |
7 | Dated: August 21, 2024
8 |                                         _____
   |                                         Craig S. Denney
9 |                                         United States Magistrate Judge