1

2

3                           UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5    CHRISTOPHER DEGRANDI,                      Case No. 3:24-cv-00313-ART-CSD

6                        Plaintiff,             ORDER ADOPTING REPORT AND
                  v.                            REOMMENDATION OF MAGISTRATE
7                                               JUDGE (ECF No. 4)
     HOBEYS CASINO,
8
                         Defendant.
9

10

11        Plaintiff Christopher DeGrandi filed a complaint against Defendant Hobey's

12   Casino on July 16, 2024. (ECF No. 1-1.) On July 18, 2024, Magistrate Judge

13   Denney issued an order providing Plaintiff 30 days to complete an application to

14   proceed *in forma pauperis* ("IFP") or pay the filing fee. (ECF No. 3.) On August 21,

15   Judge Denney issued a Report and Recommendation ("R&R"), recommending

16   that this action be dismissed without prejudice because Plaintiff had not

17   completed an IFP application or paid the filing fee. (ECF No. 4.) Plaintiff has not

18   objected to Judge Denney's R&R, and the time to do so has now expired.

19        Magistrate judges are empowered to issue reports and recommendations

20   on dispositive issues, which district judges may "accept, reject, or modify, in

21   whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects

22   to a magistrate judge's recommendation, the district court is not required to

23   perform any review of that judge's conclusions. See *Thomas v. Arn*, 474 U.S. 140,

24   150 (1985).

25        Because Plaintiff has failed to either complete an IFP application or pay the

26   filing fee, the Court agrees with and adopts Judge Denney's R&R in full.

27   //

28   //

                                            1

1    It is therefore ordered that Judge Denney's Report and Recommendation

2  (ECF No. 4) is ADOPTED.

3    It is further ordered that this action is DISMISSED WITHOUT PREJUDICE.

4    It is further ordered that the Clerk of Court is directed to ENTER

5  JUDGMENT and CLOSE THIS CASE.

6

7    Dated this 17th day of October, 2024.

8

9

10    _____
     ANNE R. TRAUM
11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2